THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Allen Johnson, Appellant,
 v.
 The State, Respondent.
 
 
 

Appeal From Greenville County
 D. Garrison Hill, Circuit Court Judge
Unpublished Opinion No. 2008-UP-547   
Submitted October 1, 2008  Filed October
 9, 2008
AFFIRMED

 
 
 
 Allen Johnson, pro se, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Karen C. Ratigan, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Allen Johnson, Jr., appeals the dismissal of his
 petition for writ of habeas corpus.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: S.C.
 Code Ann. § 17-27-20(a)-(b)  (2003); State v. Gentry, 363 S.C. 93, 101,
 610 S.E.2d 494, 499 (2005) (finding subject matter jurisdiction and the
 sufficiency of the indictment are two distinct concepts); Simpson v. State,
 329 S.C. 43, 46, 495 S.E.2d 429, 431 (1998) (explaining habeas corpus is
 available only after the petitioner has exhausted all post-conviction remedies
 and habeas corpus cannot be used as a substitute for appeal or as a remedial
 procedure for the correction of errors for which a criminal defendant had an
 opportunity to avail himself); Keeler v. Mauney, 330 S.C. 568, 571, 500
 S.E.2d 123, 124 (Ct. App. 1998) (A person is procedurally barred  from
 petitioning the circuit court for a writ of habeas corpus where the matter
 alleged is one which could have been raised in a PCR application.).
AFFIRMED.
Anderson, Williams, and Konduros,
 JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.